ESTHER C. RODRIGUEZ (NV SBN 006473)
info@rodriguelaw.com
RODRIGUEZ LAW OFFICES, P.C.
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145
Telephone: (702) 320-8400
Facsimile: (702) 320-8401

RICHARD M. SCHREIBER (TX SBN 24056278)
*admitted pro hac vice*
JOSEPHSON DUNLAP LLP
11 Greenway Plaza, Suite 3050
Houston, TX 77046
Telephone: (713) 352-1100
Facsimile: (713) 352-3300
rschreiber@mybackwages.com

Attorneys for Adams and the Hourly Employees

MATTHEW VESTERDAHL (NV SBN 15469)
mvesterdahl@grsm.com
JENNIFER M. HOLLY* (CA SBN:263705)
jholly@grsm.com
*Pro hac vice application forthcoming*
GORDON REES SCULLY MANSUKHANI, LLP
3 Parkcenter Drive, Suite 200
Sacramento, California  95825
Telephone:    (916) 830-6511
Facsimile:    (916) 920-4402

Attorneys for Defendant,
NATIONAL EWP, INC.

UNITED STATES DISTRICGT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AUSTIN ADAMS, individually and on behalf of others similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>NATIONAL EWP, INC.,<br><br>   Defendant. | Case No. 3:25-CV-00375-ART-CLB<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

-1-

1  Defendant NATIONAL EWP, INC., by and through its respective undersigned counsel, and Plaintiff AUSTIN ADAMS, individually and on behalf of others similarly situated, hereby stipulate and agree that the deadline by which Defendant shall file an answer or responsive pleading to Plaintiff's Complaint shall be extended to September 19, 2025.  Defense counsel is in trial commencing August 25, 2025 and the parties need to meet and confer on Plaintiff's Complaint and potential negotiations.

WHEREFORE, the parties respectfully request the Court enter an Order: (i) approving this stipulation; and (ii) granting Defendant an extension until September 19, 2025, to answer or file a responsive pleading.

Dated:  August 20, 2025                        RODRIGUEZ LAW OFFICES, P.C.

By: */S/ Richard M. Schrieber*
Richard M. Schrieber
Attorneys for Plaintiff
AUSTIN ADAMS

Dated:  August 20, 2025                        GORDON REES SCULLY MANSUKHANI, LLP

By: */S/ Matthew Vesterdahl*
Matthew Vesterdahl
Attorneys for Defendant
NATIONAL EWP, INC.

**ORDER**

**IT IS SO ORDERED.**

**DATED:** August 21, 2025

**UNITED STATES MAGISTRATE JUDGE**