**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| AUSTIN ADAMS, Individually and On Behalf of Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL EWP, INC.,<br><br>Defendant. | **Case No. 3:25-cv-00375-ART-CLB**<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO STAY, TOLL, AND MEDIATE** |

  Plaintiff Austin Adams ("Plaintiff" or "Adams") and Defendant National EWP, Inc. ("Defendant" or "National EWP") (collectively the "Parties"), move this Court to stay this case and all pending deadlines for a period of 90 days to allow the Parties adequate time to engage in settlement discussions and attend mediation to resolve this case. In support of this Motion, the Parties state as follows:

  1. On July 23, 2025, Adams filed his Original Class and Collective Action Complaint. (ECF No. 1).

- 1 -

2. On August 20, 2025, the Court entered an order granting the Parties' Stipulation to Extend Time for National EWP to Answer the Complaint. (ECF No. 7). On September 19, 2025, National EWP filed its Answer and Affirmative Defenses. (ECF No. 9).

3. On October 15, 2025, the Parties conferred pursuant to the Court's Order and Fed. R. Civ. P. 26(f).

4. During the conferral process, counsel for the Parties agreed to attend an early mediation.

5. To that end, the Parties have agreed to seek a stay of this litigation and deadlines to conserve resources so they may engage in informal discovery and attend mediation for a potential resolution.

6. To facilitate productive mediation of the action, National EWP, has agreed to engage in a good faith effort to provide Plaintiff with compensation data, timesheets, identification numbers, dates of employment, and other documents for National EWP's Hourly Employees as defined in ECF No. 1.

7. Any document production for purposes of this stay and mediation is subject to Federal Rule of Evidence 408.

8. After an exchange of relevant documents and data, the Parties will proceed to conduct substantive discussions regarding settlement, review damage models, and attend mediation with experienced wage and hour mediator, Dennis Clifford, on an agreed date.

9. The proposed stay of this case and all case deadlines will conserve the Parties' and the Court's resources while they work towards a potential settlement of this matter. *See* Fed. R. Civ. P. 1 (indicating the rules "should be construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding").

10. As part of the mediation process, the Parties agree to toll the FLSA statute of limitations for the FLSA Collective Members as defined in ECF No. 1 from October 15, 2025, until an impasse is declared by the mediator or the expiration of the 90-day stay period requested herein, or either Party provides notice (via letter) to the other of an impasse, whichever is earlier.

11. If the Parties are unable to resolve this matter prior to the end of the requested 90-day stay period, they will notify the Court of this fact within 14 days of the end of the stay and will provide the Court with a status report and/or proposed scheduling order.

WHEREFORE, for the foregoing reasons, the Parties respectfully request that the Court to Grant this Motion and enter an Order that stays this case and all pending deadlines for a period of 90 days and toll the FLSA statute of limitations for the FLSA Collective Members.

Date: November 3, 2025

By: /s/ *Richard M. Schreiber*
Richard M. Schreiber
Texas State Bar No. 24056278
**JOSEPHSON DUNLAP LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
Tel: (713) 352-1100; Fax: (713) 352-3300
rschreiber@mybackwages.com

Esther C. Rodriguez
**RODRIGUEZ LAW OFFICES, LLC**
Nevada State Bar No. 006473
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel: (702) 320-8400; Fax: (702) 320-8401
esther@rodriguezlaw.com

**ATTORNEYS FOR ADAMS & THE HOURLY EMPLOYEES**

Respectfully submitted,

By: /s/ *Matthew Vesterdahl*
Matthew Vesterdahl, Nev State Bar No. 15469
Jennifer M. Holly* (CA SBN. 263705)
**GORDON REES SCULLY MANSUKHANI, LLP**
3 Parkcenter Drive, Suite 200
Sacramento, California 95825
Telephone: (916) 830-6511
Facsimile: (916) 920-4402
mvesterdahl@grsm.com
jholly@grsm.com

*Pro hac vice application forthcoming*

**ATTORNEYS FOR DEFENDANT NATIONAL EWP, INC**

**IT IS SO ORDERED.**

Dated this 4th day of November, 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

- 3 -