**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

AUSTIN ADAMS, Individually and On Behalf of Others Similarly Situated,

Plaintiff,

vs.

NATIONAL EWP, INC.,

Defendant.

**Case No. 3:25-cv-00375-ART-CLB**

**ORDER GRANTING**

**STIPULATION TO LIFT THE STAY**

Plaintiff Austin Adams ("Plaintiff" or "Adams") and Defendant National EWP, Inc. ("Defendant" or "National EWP") (collectively the "Parties"), move this Court to lift the stay in the above-captioned case, as the reasons underlying the stay are no longer applicable. In support of this Stipulation, the Parties state as follows:

1. On July 23, 2025, Adams filed his Original Class and Collective Action Complaint. (ECF No. 1).

2. On August 20, 2025, the Court entered an order granting the Parties' Stipulation to Extend Time for National EWP to Answer the Complaint. (ECF No. 7). On September 19, 2025, National EWP filed its Answer and Affirmative Defenses. (ECF No. 9).

3. On October 15, 2025, the Parties conferred pursuant to the Court's Order and Fed. R. Civ. P. 26(f).

4. During the conferral process, counsel for the Parties agreed to attend an early mediation.

5. To that end, the Parties filed a joint stipulation to stay, toll, and mediate. *See* ECF Nos. 15, 19.

- 1 -

6.      On March 4, 2026, Adams and National EWP attended a mediation in which the parties reached an impasse. In the absence of resolution, the stay should be lifted in this matter such that litigation can proceed.

7.      Since the Parties were unable to resolve this matter, they will provide the Court with proposed scheduling order within 7 days.

WHEREFORE, for the foregoing reasons, the Parties respectfully request that the Court to Grant this Stipulation and enter an Order that lifts the stay of this matter.

Date: March 6, 2026

By: */s/ Richard M. Schreiber*
Richard M. Schreiber
Texas State Bar No. 24056278
**JOSEPHSON DUNLAP LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
Tel: (713) 352-1100; Fax: (713) 352-3300
rschreiber@mybackwages.com

Esther C. Rodriguez
**RODRIGUEZ LAW OFFICES, LLC**
Nevada State Bar No. 006473
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel: (702) 320-8400; Fax: (702) 320-8401
esther@rodriguezlaw.com

**ATTORNEYS FOR ADAMS &
THE HOURLY EMPLOYEES**

Respectfully submitted,

By: */s/ Matthew Vesterdahl*
Matthew Vesterdahl, Nev State Bar No. 15469
Jennifer M. Holly* (CA SBN. 263705)
**GORDON REES SCULLY MANSUKHANI, LLP**
3 Parkcenter Drive, Suite 200
Sacramento, California 95825
Telephone: (916) 830-6511
Facsimile: (916) 920-4402
mvesterdahl@grsm.com
jholly@grsm.com

*Pro hac vice application forthcoming*

**ATTORNEYS FOR DEFENDANT NATIONAL EWP, INC**

**IT IS SO ORDERED.**

Dated this 10th day of March, 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE